CATALANO, INC., et al., on behalf of themselves and all others similarly situated, Plaintiffs-Appellants,

v.

TARGET SALES, INC., et al., Defendants-Appellees.

Nos. 77-2221, 77-2222.

United States Court of Appeals, Ninth Circuit.

Submitted May 27, 1980.

Decided Aug. 11, 1980.

Jack B. Owens, Orrick, Herrington, Rowley & Sutcliffe, San Francisco, Cal., argued, for plaintiffs-appellants; Richard J. Lucas, San Francisco, Cal., James P. Samarco, Fresno, Cal., on brief.

G. Richard Doty, McCutchen, Black, Verleger & Shea, Los Angeles, Cal., argued, for defendants-appellees; J. Wallace Upton, Fresno, Cal., Pamela A. Rymer, Los Angeles, Cal., Ted R. Frame, Coalinga, Cal., on brief.

Before WALLACE and SNEED, Circuit Judges, and BLUMENFELD *, District Judge.

We remand this case to the district court for further proceedings in accordance with *Catalano, Inc. v. Target Sales, Inc., et al.,* —— U.S. ——, 100 S.Ct. 1925, 64 L.Ed.2d 580 (1980).

* Honorable M. Joseph Blumenfeld, Senior United States District Judge for the District of Connecticut, sitting by designation.